UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION,
100 F Street, NE

Washington, DC 20549

      Plaintiff,

  v.

JOHN R. BEHRMANN
   AND
MARGARET M. EARDLEY,

      Defendants.

---

FILED
AUG 1 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1640

05 Civ. _____

## FINAL JUDGMENT AS TO DEFENDANT MARGARET EARDLEY

The Securities and Exchange Commission having filed a Complaint and Defendant Margaret Eardley having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $25,000 pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)].

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that $3000 of the monies paid pursuant to Section I., above, of this Final Judgment shall be paid within two weeks after entry of this Final Judgment and the remainder of $22,000 shall be paid within twelve months after entry of this Final Judgment. Defendant shall make these payments by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Margaret Eardley as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

2

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: August 17, 2005

_____
UNITED STATES DISTRICT JUDGE